# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2447
Lower Tribunal No. 19-32361
_____

**Ilana Rigwan,**
Appellant,

vs.

**Jordan Neus,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Ilana Rigwan, in proper person.

Jordan Neus, in proper person.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.